Jose Alfredo Cruz **HERNANDEZ;** Irma Celina Mata Iniguez, Petitioners,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72635.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 11, 2010.

Jose Alfredo Cruz Hernandez, Santa Ana, CA, pro se.

Irma Celina Mata Iniguez, Santa Ana, CA, pro se.

OIL, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Jose Alfredo Cruz Hernandez and Irma Celina Mata Iniguez, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Iturri-*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*barria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen because the successive motion to reopen was filed nearly three years after the BIA's May 26, 2004, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2) (motion to reopen generally must be filed within 90 days of the final administrative order), and petitioners failed to establish grounds for equitable tolling, *see Iturribarria,* 321 F.3d at 897 (equitable tolling available "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.